UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Kenneth L. Allen, Jr., et al
_____,  )
     Plaintiff (s),  )
  )
v.  )  Case No. 4:16cv1248 RLW
  )
Jason Grellner, et al  )
_____,  )
     Defendant(s).  )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Kenneth L. Allen, Jr., et al__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Adair County Sheriff's Office__
(name and address of process server)
__215 N. Franklin Street__

__Kirksville, MO 63501__

To serve: __Bridgeway Behavioral Health Foundation Board, Inc. c/o Mike Schwend, RA__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__08/11/2016__
(date)

_____
(attorney for Plaintiff)

_____
(attorney for Defendant)