UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Kenneth L. Allen, Jr., et al
_____,   )
      Plaintiff (s),   )
                   )
v.   )   Case No.   4:16cv1248 RLW
                   )
Jason Grellner, et al   )
_____,   )
      Defendant(s).   )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now __Kenneth L. Allen, Jr., et al__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Franklin County Sheriff's Office__
(name and address of process server)

__1 Bruns Lane__

__Union, MO 63084__

To serve: __Carey Curran_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

08/11/2016                                  /s/ [signature]
_____                       _____
(date)                                        (attorney for Plaintiff)

                                        _____
                                        (attorney for Defendant)