**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

**KENNETH L. ALLEN, Jr., et al.**

      Plaintiffs,

v.

**JASON GRELLNER, et al.,**

      Defendants.

Cause No.:  4:16-cv-01248-RLW

**JURY TRIAL DEMANDED**

## SECOND CONSENT MOTION FOR EXTENSION TO FILE REPLY

COME NOW, separate Defendants Jason Grellner, Jennifer Bartlett, and Franklin County, Missouri, by and through counsel, and states for their motion for extension of time to file reply:

1.      The movants filed their motion to dismiss and supporting memorandum on September 28, 2016. [Doc. Nos. 24, 25].

2.      Plaintiffs filed their response, by agreement for extension of time, on October 14, 2016. [Doc. No. 30].

3.      By prior Order, the movants' reply is due November 4, 2016.

4.      However, sudden developments in this case have arisen that will likely impact the briefing on the outstanding motions.

5.      Therefore, the movants require and request additional time to respond.

6.      The undersigned counsel has consulted with opposing counsel, who has consented to another two week extension up to and including November 18, 2016.

7.      This motion is made in the interest of adequately briefing the issues presented and furthering justice; it is not made for any dilatory or improper purpose.

8.      Counsel for Plaintiff has been consulted and does not oppose the requested extension.

WHEREFORE Defendants pray for tan extension to November 18, 2016 to file their reply in support of their motions to dismiss, along with all such other and further relief deemed just and proper.

Respectfully Submitted,

KING, KREHBIEL & HELLMICH, LLC

By:   ___/s/  Blake D. Hill_____
          William A. Hellmich #31182MO
          Blake D. Hill  #58926MO
          2000 South Hanley Road
          St. Louis, MO  63144-1524
          Phone: 314-646-1110
          Fax:    314-646-1122
          E-mail:bhill@kingkrehbiel.com
          *Attorneys for Defendants Grellner, Bartlett and Franklin County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of November 2016, a true and accurate copy of the foregoing served via the Court's electronic filing system to the following:

**William P. Nacy**
HANRAHAN & NACY, P.C.
522 E. Capitol Avenue
Jefferson City, MO 65101
573-635-0282
573-556-6340 (fax)
pete@midmolegal.com
*Attorney for Plaintiffs*

**Henry F. Luepke, III**
ATTORNEY GENERAL OF MISSOURI
815 Olive Street
Suite 200
St. Louis, MO 63101
(314) 340-7652
Bud.Luepke@ago.mo.gov
*Attorney for Defendants Lombardi, Curran and Huxol*

**W. Christopher McDonough**
THE MCDONOUGH LAW FIRM, LLC
16640 Chesterfield Grove Rd.
Suite 125
Chesterfield, MO 63005
636-530-1815
636-530-1816 (fax)
wcm@mcdlawfirm.net
*Attorney for Defendant Jennifer King*

                                      _____/s/ Blake D. Hill_____

3